UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAJEAN PENNY, | CASE NO. C18-5195JLR |
| Plaintiff, | MINUTE ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

In preparing the findings of fact and conclusions of law in this matter, the court determined that Plaintiff's Trial Exhibit 099, which was admitted as an exhibit at trial, is an incomplete copy of the September 13, 2019 declaration of Wendy Votroubek, RN, MPH, LNC. (*See* Tr. Ex. 099; *see also* Tr. Ex. List (Dkt. # 58).) The copy of Plaintiff's Trial Exhibit 099 does not include Exhibits 1-3 to Ms. Votroubek's declaration. (*See* Tr.

MINUTE ORDER - 1

Ex. 099.)  Plaintiff submitted a full copy of Ms. Votroubek's declaration to the court prior to trial, and the court has determined that the full copy of the declaration is admissible. Thus, the court admits Ms. Votroubek's full declaration as Plaintiff's Trial Exhibit 099. Any citations to Plaintiff's Trial Exhibit 099 in the court's forthcoming findings of fact and conclusions of law should be treated as citations to the complete declaration.

Filed and entered this 6th day of November, 2020.

WILLIAM M. MCCOOL
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2