**The Honorable James Robart**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANAJEAN PENNY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 3:18-cv-05195-RBL<br><br>ORDER GRANTING STIPULATED MOTION FOR ADDITIONAL TIME TO PRESENT STIPULATED JUDGMENT |

THIS MATTER having come before the Court on the parties' Stipulated Motion for Additional Time to Present Stipulated Judgment, and the Court being advised in the premises,

NOW, THEREFORE, it is hereby ORDERED as follows:

1. The Stipulated Motion for Additional Time to Present Stipulated Judgment is hereby GRANTED, and the Court will take no further action towards additional Findings of Fact and Conclusions of Law until after the date noted in this order below;

2. By Tuesday, November 24, 2020, the Parties shall file with the Court their anticipated proposed stipulated judgment, or failing that, will have conferred and advised the Court of any further information needed to allow the Court to move on with the process of finalizing its additional Findings of Fact and Conclusions of Law.

ORDER RE STIPULATED MOTION FOR
ADDITIONAL TIME TO PRESENT
STIPULATED JUDGMENT - 1

DATED this 17 day of November, 2020.

_____
United States District Judge
James Robart


Presented by:

*/s/ Scott A. Staples*
_____
SCOTT A. STAPLES, WSBA 39325
1700 E. Fourth Plain Blvd.
Vancouver, WA 98661
Telephone: (360) 695-4244
Email: scotts@washingtonoregonlawyers.com
Attorney for Plaintiff


*/s/ Vasudev N. Addanki*
_____
VASUDEV N. ADDANKI, WSBA 41055
One Convention Place
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone: (206) 268-8612
Email: vaddanki@bpmlaw.com
Attorney for Defendant

ORDER RE STIPULATED MOTION FOR
ADDITIONAL TIME TO PRESENT
STIPULATED JUDGMENT - 2

(360) 695-4244